**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LETICIA CASTILLO AND BERTHA LEMUS, ET AL., | § § § § § | |
| *Plaintiffs* | § § | |
| v. | § § | **NO. 4:08-CV-2658** |
| ALKIRE SUBWAY, L.P., G.R.A. ENTERPRISES, L.P., GOVIND AGRAWAL, INC., AND GOVIND AGRAWAL, | § § § § | |
| *Defendants*. | § § | |

_____

**DEFENDANTS' MOTION TO CLARIFY ORDER GRANTING PLAINTIFFS' MOTION
FOR CONDITIONAL CERTIFICATION AND NOTICE TO CLASS MEMBERS**
_____

Defendants file this Motion to Clarify Order Granting Plaintiffs' Motion for Conditional

Certification and Notice to Class Members and would show the Court as follows:

The Court entered its Order Granting Plaintiffs' Motion for Conditional Certification and

Notice to Class Members on April 30, 2009. *See* Doc. 32. As required by the Court's order, the

parties submitted a joint notice on May 12, 2009. *See* Doc. 33. The joint notice submitted by the

parties did not specify the deadline for individuals receiving notices to submit their consents to

join this lawsuit because the date depended on when the notices would actually be sent. *See*

Doc. 33, Ex. 1 at 1.

Counsel for Defendants provided counsel for Plaintiffs rosters of current and former

employees eligible to receive notice by May 22, 2009, and counsel for Plaintiffs sent notices on

May 23, 2009. Although the Court's order did not specify the length of the notice period, the

proposed order attached to Plaintiffs' underlying motion requested a sixty-day opt-in period. *See*

Doc. 31 at 11.  Accordingly, the notices sent to individuals eligible to join this lawsuit should have indicated July 23, 2009, as the deadline for submission of consents.

Counsel for Plaintiffs has now informed counsel for Defendants that the notices indicated August 23, 2009, as the deadline for submission of consents.  However, neither Plaintiffs' underlying motion nor the Court's order supports a ninety-day opt-in period.  That is, without any authorization from the Court or consent from Defendants, Plaintiffs have extended the opt-in period from sixty to ninety days.

Additionally, the Court's scheduling order provides a discovery deadline of August 14, 2009, and a motions deadline of September 14, 2009.  *See* Doc. 14.  Consequently, Plaintiffs' unauthorized extension of the opt-in period conflicts with the Court's scheduling order, jeopardizing the ability of Defendants to conduct sufficient discovery timely to determine whether a motion to decertify conditional certification would be appropriate.

Although counsel for Plaintiffs has stated that he used the later opt-in date by mistake and that he would agree to an extension of the discovery deadline, Defendants would still face the prospect of more individuals consenting to joint this lawsuit than either the Court or the parties expected or intended.

For these reasons, Defendants request that the Court clarify its Order Granting Plaintiffs' Motion for Conditional Certification and Notice to Class Members by ordering that the opt-in period end on July 23, 2009; deeming any consent submitted after July 23, 2009, to be untimely; and granting any such further relief to which Defendants may be entitled.

Respectfully submitted,

THE MISRA LEGAL GROUP

By:____/s/  Amit K. Misra_____
      Amit K. Misra, Esq., P.C.
      S.D. Tex. No. 21460
      State Bar of Tex. No. 00795534

1601 Westheimer Road
Houston, Texas 77006
832-723-4776 Telephone
832-476-9656 Telecopier
amit@misralegal.com

ATTORNEY-IN-CHARGE FOR DEFENDANTS
ALKIRE SUBWAY, L.P., G.R.A. ENTERPRISES,
L.P., GOVIND AGRAWAL, INC., AND GOVIND
AGRAWAL

### CERTIFICATE OF CONFERENCE

I hereby certify that on this 26th day of June, 2009, I conferred with David I. Moulton, counsel for Plaintiffs, via email, who indicated that he is OPPOSED to this motion.

_____/s/  Amit K. Misra_____
Amit K. Misra

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2009, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record:

David I. Moulton
Bruckner Burch PLLC
1415 Louisiana Street, Suite 2125
Houston, Texas 77002

_____/s/  Amit K. Misra_____
Amit K. Misra