UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LETICIA CASTILLO, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-08-2658 |
| | § | |
| ALKIRE SUBWAY, L.P., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING HEARING

The parties are hereby notified that a non-evidentiary hearing is scheduled for July 14, 2009 at 2:30 PM in Houston at 515 Rusk Street in Chambers, Room 3716. Parties may participate by telephone by calling the Court's conference dial-in number (713) 250-5238 at the scheduled time. Those parties who participate by telephone SHOULD NOT USE CELLULAR telephones or a speaker. Parties should be prepared to discuss the pending Motion to Clarify Order Granting Plaintiff's Motion for Conditional Certification and Notice to Class Members.

**IT IS SO ORDERED**.

SIGNED this 29th day of June, 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE