UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LETICIA CASTILLO and BERTHA LEMUS, § § § | | |
| Plaintiffs, § | | |
| v. § | CIVIL ACTION NO. H-08-cv-2658 | |
| § | | |
| ALKIRE SUBWAY, LP. G.R.A. ENTERPRISES, L.P., GOVIND ARGAWAL, INC. and GOVIND ARGAWAL, § § § § § | | |
| Defendants. § | | |

ORDER

Before the Court is Defendants' Motion for Clarification. (Doc. No. 45.) After considering the parties' filings, all responses and replies thereto, and the applicable law, the Court finds that Defendants' Motion should be **DENIED**. The Court will give the parties a one month extension on all deadlines. Discovery shall be completed by September 14, 2009, dispositive motions must be filed by October 14, 2009, and trial is set for January 18, 2010.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 14th day of July, 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS
ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY
AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN
SENT ONE BY THE COURT.