UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LETICIA CASTILLO ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:08-cv-2658 |
| § | |
| ALKIRE SUBWAY, L.P. ET AL., § | |
| § | |
| Defendants. § | |

## CONDITIONAL ORDER OF DISMISSAL

The parties have informed the Court that all claims have been settled. All settlement documents must be submitted to the Court by February 8, 2010. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of claims if any party represents to the Court that the settlement could not be completely documented.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the ___7th___ day of December, 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.